TENNILLE BANKING COMPANY v. CONTINENTAL TRUST COMPANY.

PER CURIAM. The Court of Appeals certified to this Court a question for instruction, identical, except in names, dates, amounts, and descriptive words, with the first question certified in *Continental Trust Co.* v. *Bank of Harrison;* and the answer in this case is controlled by the decision in that case.

*All the Justices concur, except Hill and Gilbert, JJ., who dissent, adhering to the views expressed in the case just cited.*

*E. W. Jordan* and *Hardwick & Jordan,* for plaintiff.

*Anderson, Rountree & Crenshaw* and *Bryan & Middlebrooks,* for defendant.